LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L. OLSEN, ISB# 3586
Chief of Civil Litigation Division

LESLIE M. HAYES, ISB#7995
Deputy Attorney General
Civil Litigation Division
Office of the Attorney General
954 W. Jefferson Street, 2nd Floor
P. O. Box 83720
Boise, ID  83720-0010
Telephone:  (208) 334-2400
Fax:  (208) 854-8073
leslie.hayes@ag.idaho.gov

Attorneys for Defendants IDOC and
Warden Keith Yordy

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| GARY L. MERCHANT, | ) |
| | ) Case No. 1:17-cv-00524-CWD |
| Plaintiff, | ) |
| | ) STATE DEFENDANTS' MOTION |
| v. | ) TO FILE SUR-REPLY IN |
| | ) OPPOSITION TO THE REPLY |
| Corizon, L.L.C., John Migliori, M.D., David | ) MEMORANDUM IN SUPPORT OF |
| Agler, M.D., Idaho Department of | ) MOTION TO AMEND COMPLAINT |
| Correction, Warden Keith Yordy, and | ) AGAINST THE STATE |
| John/Jane Does I-X, whose true identities are | ) DEFENDANTS (DKT. 27) AND |
| presently unknown, | ) LODGING OF PLAINTIFF'S |
| | ) [PROPOSED] SECOND AMENDED |
| Defendants. | ) COMPLAINT FILED AUGUST 20, |
| | ) 2018 [DKT. 33] |
| | ) |

STATE DEFENDANTS' MOTION TO FILE SUR-REPLY IN OPPOSITION TO THE REPLY
MEMORANDUM IN SUPPORT OF MOTION TO AMEND COMPLAINT AGAINST THE
STATE DEFENDANTS (DKT. 27) AND LODGING OF PLAINTIFF'S [PROPOSED] SECOND
AMENDED COMPLAINT FILED AUGUST 20, 2018 [DKT. 33] – 1

Plaintiff notes he did not follow Local Rule 15.1 when he moved to amend his complaint and failed to file a proposed amended pleading. (Dkt. 33, p. 1.) Local Rule 7.1(e)(1) states that "[f]ailure by the moving party to file any documents required to be filed under this rule in a timely manner may be deemed a waiver by the moving party of the pleading or motion."

Plaintiff has gone on to file a proposed second amended complaint with his reply brief instead of complying with local rule and filing another motion to amend with a proposed amended complaint, which would have provided the State Defendants a chance to properly object to the motion. He now claims that the State Defendants' opposition to the motion is moot, but does not address the State Defendants' arguments that without opportunity to review the specific allegations Plaintiff contemplated in a proposed amended complaint, the State Defendants had no ability to meaningfully or effectively challenge the propriety of any amended allegations. *Warren v. Corizon Health*, No. 1:14-cv-00011-EJL-CWD, 2015 WL 1268269, *2 (D. Idaho Mar. 19, 2015); *Miller v. Rykoff-Sexton, Inc.*, 845 F.2d 209, 214 (9th Cir. 1988). Because amended allegations that are futile or legally insufficient are a basis to deny a motion to amend, and because Rule 1 of the Federal Rules of Civil Procedure states that the such rules should be employed to "secure the just, speedy, and inexpensive determination of every action and proceeding, the Court should grant the State Defendants' Motion to File a Sur-Reply.

As stated in more detail in the sur-reply brief, which is attached as Exhibit A, Plaintiff's motion to file a proposed second amended complaint should be denied for the following reasons:

1) All claims against the IDOC are barred by the Eleventh Amendment.
2) All claims against Warden Yordy in his official capacity are barred by the Eleventh Amendment.
3) All claims against Warden Yordy in his personal capacity are still barred, because Plaintiff fails to state a claim.

STATE DEFENDANTS' MOTION TO FILE SUR-REPLY IN OPPOSITION TO THE REPLY MEMORANDUM IN SUPPORT OF MOTION TO AMEND COMPLAINT AGAINST THE STATE DEFENDANTS (DKT. 27) AND LODGING OF PLAINTIFF'S [PROPOSED] SECOND AMENDED COMPLAINT FILED AUGUST 20, 2018 [DKT. 33] – 2

The State Defendants respectfully request that the Court grant their motion to file a sur-reply.

Dated this 30th day of August, 2018.

                                             STATE OF IDAHO
                                             OFFICE OF THE ATTORNEY GENERAL

                               By:  /s/ *Leslie M Hayes*
                                      Leslie M. Hayes
                                      Deputy Attorney General

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of August, 2018, I electronically filed the foregoing with th**e Clerk of the Court using the CM/ECF system.**

Dylan A. Eaton
PARSONS, BEHLE & LATIMER
kwest@parsonsbehle.com
deaton@parsonsbehle.com


Jason R.N. Monteleone
JOHNSON & MONTELEONE, L.L.P.
jason@treasurevalleylawyers.com

                                                    /s/   *Leslie M Hayes*
                                                    Leslie M. Hayes
                                                    Deputy Attorney General