IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GARY L. MERCHANT,<br><br>        Plaintiff,<br><br>v.<br><br>CORIZON, L.L.C., JOHN MIGLIORI, M.D., DAVID AGLER, M.D., IDAHO DEPARTMENT OF CORRECTIONS, WARDEN KEITH YORDY, and JOHN/JANE DOES I-X, whose true identities are presently unknown,<br><br>        Defendants. | CIVIL ACTION FILE<br><br>NO. 1:17-cv-524-BLW<br><br>**ORDER RE: STIPULATION TO AMEND CASE MANAGEMENT ORDER** |

        Based upon the parties' Stipulation to Amend Case Management Order filed with the Court on December 4, 2018, a review of the file and good cause having been shown for granting of the stipulation,

        IT IS HEREBY ORDERED that the parties' *Stipulation to Amend Case Management Order* (docket no. 40) is APPROVED. As such, the Court extends litigation and discovery deadlines as follows:

- The parties shall file Dispositive Motions by **July 15, 2019**;
- The parties must mediate or conduct another form of ADR by **May 15, 2019**;
- All fact discovery will be completed by **April 1, 2019**;
- All expert discovery will be completed by **June 21, 2019**;
- Expert Disclosure Deadlines:

1

a. Plaintiff shall disclose experts and provide full and complete expert disclosures per Fed.R.Civ.P. 26 and Local Rule 26.2(b) by **March 15, 2019**;

b. Defendants shall disclose experts and provide full and complete expert disclosures per Fed.R.Civ.P. 26 and Local Rule 26.2(b) by **May 1, 2019**;

c. Plaintiff shall disclose experts and provide full and complete expert disclosures per Fed.R.Civ.P. 26 and Local Rule 26.2(b) by **May 21, 2019**.

- All other previously ordered litigation and discovery deadlines remain the same.

DATED: December 12, 2018

_____
B. Lynn Winmill
Chief U.S. District Court Judge