J. Kevin West, ISB #3337
KWest@parsonsbehle.com
Dylan A. Eaton, ISB #7686
DEaton@parsonsbehle.com
Andrew R. Alder, ISB #9711
AAlder@parsonsbehle.com
Parsons, Behle & Latimer
800 W. Main Street, Suite 1300
Boise, Idaho 83702
Telephone:    (208) 562-4900
Facsimile:    (208) 562-4901

Counsel for Defendants Corizon, LLC, John Migliori, M.D. and David Agler, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GARY L. MERCHANT,<br><br>    Plaintiff,<br><br>v.<br><br>CORIZON, L.L.C., JOHN MIGLIORI, M.D., DAVID AGLER, M.D., IDAHO DEPARTMENT OF CORRECTIONS, WARDEN KEITH YORDY, and JOHN/JANE DOES I-X, whose true identities are presently unknown,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:17-cv-524-BLW<br><br>**THIRD STIPULATION TO AMEND CASE MANAGEMENT ORDER** |

COME NOW the parties, by and through their undersigned counsel of record, and hereby agree and stipulate to extend the deadlines relative to the *Order Re: Stipulation to Amend Case Management Order* (Dkt. 46) as follows:

1. Alternative Dispute Resolution Deadline: <u>August 31, 2019</u>.

The basis for the extension of ADR deadline is that the parties and their counsel agree that mediation is appropriate in this matter, but were unable to find a date that was available to all of the parties, counsel, and mediator prior to the current ADR deadline of July 15, 2019. A private mediator, Judge Jerry Meyers, has agreed to mediate the case, and the parties have secured August 20, 2019 for an all-day mediation with Judge Meyers, which will occur at Idaho State Correctional Institution (ISCI). An extension of the ADR deadline will not affect the other litigation deadlines, though the parties reserve the right to extend such deadlines, if necessary, upon agreement of counsel for the parties in this case, or a proper motion to the court.

DATED this 25th day of June, 2019.

PARSONS BEHLE & LATIMER

By:   /s/ Andrew R. Alder
    Dylan A. Eaton
    Andrew R. Alder
    Counsel for Defendants Corizon, LLC,
    John Migliori, M.D. and David Agler, M.D.

DATED this 25th day of June, 2019.

JOHNSON & MONTELEONE, L.L.P.

By:   /s/ Jason R.N. Monteleone
    Jason R.N. Monteleone
    Counsel for Plaintiff

DATED this 25th day of June, 2019.

IDAHO ATTORNEY GENERAL'S OFFICE

By:   /s/ Leslie M. Hayes
    Leslie M. Hayes
    Counsel for Idaho Department of Correction
    and Warden Keith Yordy

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of June, 2019, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Jason R.N. Monteleone<br>JOHNSON & MONTELEONE, L.L.P.<br>jason@treasurevalleylawyers.com<br>*(Counsel for Plaintiff)* | Leslie M. Hayes<br>IDAHO ATTORNEY GENERAL'S OFFICE<br>leslie.hayes@ag.idaho.gov<br>*(Counsel for Idaho Department of Correction and Warden Keith Yordy)* |

By: ___/s/ Andrew R. Alder___
     Dylan A. Eaton
     Andrew R. Alder