Jason R.N. Monteleone
JOHNSON & MONTELEONE, L.L.P.
350 N. 9th St., ste. 500
Boise, Idaho 83702
Telephone: (208) 331-2100
Facsimile: (208) 947-2424
*jason@treasurevalleylawyers.com*
Idaho State Bar No. 5441

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| Gary L. Merchant,<br><br>    Plaintiff<br><br>v.<br><br>Corizon, L.L.C., John Migliori, M.D., David Agler, M.D., Idaho Department of Corrections, Warden Keith Yordy, and John/Jane Does I-X, whose true identities are presently unknown,<br><br>    Defendants | **Case No. 1:17-cv-00524-BLW**<br><br>**AFFIDAVIT OF BIRGITT LUCILLE DAU, M.D.** |

STATE OF IDAHO    )
                 ) ss:
County of Ada    )

Birgitt Lucille Dau, M.D., being first duly sworn on oath deposes and states:

1. That I am a Board-certified physician specializing in Infectious Diseases and Internal Medicine with my current curriculum vitae attached hereto as Exhibit A;

2. My clinical interests focus on general infectious diseases, HIV, travel and tropical medicine, fungal infections, viral hepatitis, and mycobacterial infection;

AFFIDAVIT OF BIRGITT LUCILLE DAU, M.D. -- 1

3. I earned my bachelor's degree from Stanford University and my medical degree from University of Chicago Pritzker School of Medicine;

4. I completed my internal medicine residency including a chief resident year at the University of Washington and then my Infectious Diseases Fellowship at Stanford University;

5. I have a diploma in Tropical Medicine from the Gorgas Course in Lima, Peru;

6. During the morning hours of February 7, 2016, I provided medical treatment and care to Gary Merchant at St. Luke's Health System's downtown facility, as I was the Infectious Disease specialist on service call at that time. Specifically, I was consulted by Sogol Nowbar, M.D., the intensivist physician who was managing Mr. Merchant's care on that date, which was shortly after Mr. Merchant had presented to the Emergency Department at the facility;

7. Mr. Merchant was an immunocompromised patient, as he had been taking chronic prednisone at 40 mg per day as well as Humira, a biologic/TNF-alpha inhibitor, and these medications place patients in a demographic of the population which is more susceptible to bacterial infections, including Group A streptococcal bacterial infections;

8. On the date in question, I diagnosed that Mr. Merchant had developed necrotizing fasciitis in his left leg due to a bacterial infection;

9. Upon my examination and review of this patient, it is highly unlikely that Mr. Merchant's swallowing of the pencil sharpener or its razor blade, on February 6, 2016, played any role in the streptococcal infection and subsequent cellulitis with necrotizing fasciitis which necessitated the amputation of Mr. Merchant's left leg

above the knee. Group A streptococcus is a skin pathogen and does not typically cause infections of intestinal origin;

10. The swelling in Mr. Merchant's left leg, during February 2-6, 2016, was not related to his Crohn's Disease, as Crohn's Disease does not typically cause leg swelling;

11. It is more likely than not that a streptococcal cellulitis began in Mr. Merchant's left leg some time between February 2 and 6, 2016, the progression of which, when left untreated with antibiotic therapy, manifested in necrotizing fasciitis in his left leg;

12. Given Mr. Merchant's presentation to the Emergency Department and my subsequent care of this patient, I am of the opinion that there was a cellulitis process which had begun days earlier, likely on February 2-3, 2016, which led to the infection which resulted in necrotizing fasciitis that ultimately led to the amputation of Mr. Merchant's left leg;

13. As I was working professionally in Seattle, I had seen a similar case of bacterial infection in an inmate-patient which resulted in an upper extremity amputation;

14. The most likely entry point for a streptococcal infection as Mr. Merchant's was the skin, since Group A streptococcal infection is a skin pathogen;

15. It is likely that Mr. Merchant's comorbidities played a role in the spread and severity of the infection in his left leg, specifically the chronic use of prednisone, a steroid, and Humira, a biologic/TNF alpha-inhibitor, a biologic, to treat his Crohn's Disease placed him in a demographic subset of patients who are immunocompromised and therefore more susceptible to the type of streptococcal, soft tissue infection which he suffered in his left leg at the times relevant to this matter;

16. I provide the foregoing opinions with a reasonable degree of medical probability as a Board-certified physician who specializes in Infectious Diseases; and

17. Further, your affiant sayeth naught.

_____
Birgitt Lucille Dau, M.D.

Subscribed and sworn to before me, this 26th day of September, 2019.

_____
Notary Public for Idaho
Residing at: Boise, Idaho
My Commission Expires: 4/5/25

## CERTIFICATE OF MAILING, DELIVERY, OR FACSIMILE TRANSMISSION

I CERTIFY that on September 26, 2019, I caused a true and correct copy of the foregoing document to be:

| | |
|---|---|
| ☐ Mailed<br>☐ Hand Delivered<br>☒ CM/ECF Electronic Filing<br>☐ iCourt E-File<br>☐ Transmitted Fax Machine to:<br>☐ Transmitted Via E-Mail to: | Leslie M. Hayes, Esq.<br>Deputy Attorney General<br>954 W. Jefferson St., 2nd Floor<br>P. O. Box 83720<br>Boise, ID  83720-0010 |
| ☐ Mailed<br>☐ Hand Delivered<br>☒ CM/ECF Electronic Filing<br>☐ iCourt E-File<br>☐ Transmitted Fax Machine to:<br>☐ Transmitted Via E-Mail to: | J. Kevin West, Esq.<br>Dylan A. Eaton, Esq.<br>PARSONS, BEHLE & LATIMER<br>800 W. Main Street, ste. 1300<br>Boise, ID  83702 |

JOHNSON & MONTELEONE, L.L.P.
*Dictated but not reviewed by Jason R.N. Monteleone and sent to avoid delay.*

_____

Jason R.N. Monteleone
Attorneys for Plaintiff

AFFIDAVIT OF BIRGITT LUCILLE DAU, M.D. -- 5