J. Kevin West, ISB #3337
KWest@parsonsbehle.com
Dylan A. Eaton, ISB #7686
DEaton@parsonsbehle.com
Andrew R. Alder, ISB #9971
AAlder@parsonsbehle.com
Parsons, Behle & Latimer
800 W. Main Street, Suite 1300
Boise, Idaho 83702
Telephone:	(208) 562-4900
Facsimile:	(208) 562-4901

Counsel for Defendants Corizon, LLC, John Migliori, M.D. and David Agler, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| GARY L. MERCHANT, | CIVIL ACTION FILE |
|---|---|
| Plaintiff, | NO. 1:17-cv-524-BLW |
| v. | |
| CORIZON, L.L.C., JOHN MIGLIORI, M.D., DAVID AGLER, M.D., WARDEN KEITH YORDY, and JOHN/JANE DOES I-X, | **DEFENDANTS CORIZON, LLC, JOHN MIGLIORI, M.D. AND DAVID AGLER, M.D.'S MOTION FOR SUMMARY JUDGMENT** |
| Defendants. | |

COME NOW Defendants, Corizon, LLC, John Migliori, M.D. and David Agler, M.D. (hereinafter "Corizon Defendants"), by and through their counsel of record, the law firm of Parsons Behle & Latimer, and pursuant to Federal Rule of Civil Procedure 56 hereby move this Court for an Order granting Defendants Corizon, LLC, John Migliori, M.D. and David Agler, M.D.'s Motion for Summary Judgment, thereby dismissing all claims against them.

This Motion is supported by (i) the Memorandum in Support of Defendants Corizon, LLC, John Migliori, M.D. and David Agler, M.D.'s Motion for Summary Judgment, (ii) Statement of Undisputed Facts in Support of Defendants Corizon, LLC, John Migliori, M.D. and David Agler, M.D.'s Motion for Summary Judgment, (iii) the Declaration of Dylan A. Eaton, (iv) the Declaration of Harish Moorjani, M.D., (vi) the Declaration of Kathryn J. Wild, RN, MPA, CCHP-RN, (vii) the Declaration of Gary M. Vilke, M.D., FACEP, FAAEM, (viii) the Declaration of Jazmin Garibay, and (ix) the Declaration of Amanda Tillemans, all of which are filed concurrently herewith.

DATED this 30th day of September, 2019.

PARSONS BEHLE & LATIMER

By: /s/ Dylan A. Eaton
    Dylan A. Eaton
    Andrew R. Alder
    Counsel for Defendants Corizon, LLC,
    John Migliori, M.D. and David Agler, M.D.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of September, 2019, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Jason R.N. Monteleone<br>JOHNSON & MONTELEONE, L.L.P.<br>jason@treasurevalleylawyers.com<br>*(Counsel for Plaintiff)* | Leslie M. Hayes<br>IDAHO ATTORNEY GENERAL'S OFFICE<br>leslie.hayes@ag.idaho.gov<br>*(Counsel for Idaho Department of Correction and Warden Keith Yordy)* |

By: /s/ Dylan A. Eaton
     Dylan A. Eaton
     Andrew R. Alder