UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GARY L. MERCHANT,<br><br>               Plaintiff,<br><br>    v.<br><br>CORIZON, L.L.C., JOHN MIGLIORI, M.D., DAVID AGLER, M.D., IDAHO DEPARTMENT OF CORRECTIONS, WARDEN KEITH YORDY, and JOHN/JANE DOES I-X, whose true identities are presently unknown,<br><br>               Defendant. | Case No. 1:17-cv-00524-BLW<br><br>**JUDGMENT** |

    In accordance with the ruling announced by the Court during the hearing held on November 22, 2019 and the Minutes filed therein,

**JUDGMENT - 1**

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Judgment be entered in favor Defendants and that this case be DISMISSED IN ITS ENTIRETY.

It is FURTHER ORDERED that the Clerk of the Court shall close this case.

DATED: November 22, 2019

B. Lynn Winmill
U.S. District Court Judge

JUDGMENT - 2