Gary L Merchant
IDOC #87719, ISCI, Medical Annex, #38
PO Box 14
Boise, Idaho. 83707

U.S. COURTS

MAY 21 2021

Rcvd_____ Filed_____ Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

United States District Court
For the District of Idaho
Judge B. Lynn Winmill

CASE #1:17-cv-00524-BLW

Gary L Merchant. Plaintiff

V.

Corizon L.L.C., et al, Defendants

Motion to Modify the Judgement

Counsel for Defendant:
Dylan Eaton

Comes now, Gary L Merchant, in pro se, informally, requesting a Post Judgement Modification of the, [final order], Judgement in the above listed case. This request is made pursuant to Rules of Civil Procedure, 60(b)(5)(6), a Request to reconsider the [final] Judgement, upon equitable standards of fairness and justice. Otherwise, for this Honorable Court to understand the difficulties I have in presenting this motion and to use its "Broad Powers" to liberally construe this action to afford remedy.

This request is based upon this Court's knowledge, directly, and from a U.S. Court of Appeals decision that the loss of this case cannot be placed upon myself, the Plaintiff, but rests with a deficient performance of the attorney that represented me.

Thus, I do hereby request this Court to modify the portion of the Final Order and Judgement at "With Prejudice", to "Without Prejudice", so I may have an opportunity to reassert my complaint (anew) to overcome the deficient performance of my attorney.

Respectfully Submitted

This 13 7th day of the year 2021

Gary L Merchant

Gary L Merchant

I do here certify that I sent by
US Postal Service
A True and Correct Copy Of this Motion to:

1. The State of Idaho
2. Corizon L.L.C.
3. Counsel for Defendant, Dylan Eaton

*Gary L Merchant*
Gary L Merchant

This _137th_ Day of the Year 2021

Motion to Modify

Inmate Name: Barry Merchant
Inmate No: 237144 Housing Unit: AA-48
IDAHO DEPARTMENT OF CORRECTIONS
Institution: ISCI
Address: PO Box 14
City: Boise State: ID Zip: 83707
INMATE CORRESPONDENCE

US District Court
Clerks Office
550 W. Fort Street
Boise, ID 83724

LEGAL MAIL